UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

```
U.S. DISTRICT COURT
   BANGOR, MAINE
RECEIVED AND FILED

2010 JAN 29  P 3: 25

BY_____
        DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | 07-74-B-H |
| ) | |
| TROY LITTLEFIELD ) | |

## FINAL ORDER OF FORFEITURE
Fed.R.Crim.P. 32.2(c)(2)

WHEREAS, on July 30, 2009, Troy Littlefield ("defendant") pled guilty to Counts Two and Three of the Second Superseding Indictment filed against him in this case;

WHEREAS, on July 30, 2009, the Court entered a Preliminary Order of Forfeiture, pursuant to Title 21, United States Code, Section 853, ordering the defendant to forfeit an amount to be determined by the Court.

WHEREAS, the Court has determined, and the parties agree that, based on evidence already in the record, $42,862.50 as to Count Two and $42,862.50 as to Count Three are the amounts of proceeds reasonably foreseeable to the defendant.

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

WHEREAS, pursuant to Rule 32.2(b)(3), the Preliminary Order becomes final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

NOW THEREFORE, it is hereby **ORDERED, ADJUDGED and DECREED** that the defendant shall forfeit the sum of $85,725 to the United States, pursuant to Title 21, United States Code, Section 853;

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order;

IT IS FURTHER ORDERED that the defendant's forfeiture obligation under this Order is joint and several with forfeiture obligations imposed on other co-defendant's and co-conspirators.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two attested copies of this Order to the United States Attorney's Office, 100 Middle Street, Portland, Maine 04101, to the attention of Assistant U.S. Attorney Donald E. Clark.

SO ORDERED,

Dated: 1/29/10

D. Brock Hornby
United States District Court Judge